Opinion issued August 18, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00846-CV

____________


IN RE STEVEN R. CLEGG, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Steven R. Clegg has filed both a petition for a writ of mandamus and
a motion for emergency temporary relief complaining of Judge Hancock's (1) August
11, 2003 denial of relator's motion for a protective order and grant of the real party
in interest's motion to compel discovery.

 We deny both the petition for a writ of mandamus and the emergency motion
for temporary relief.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1. 
 -